**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis Salvador SAUCEDO–GONZALEZ,**
**Defendant–Appellant.**

**No. 05–15462**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 15, 2006.

Randolph P. Murrell, Chet Kaufman, Federal Public Defender, Tallahassee, FL, Kafahni Nkrumah, Pensacola, FL, for Defendant–Appellant.

Robert O. Davis, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

---

Before TJOFLAT, ANDERSON and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Luis Salvador Saucedo–Gonzalez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saucedo–Gonzalez's conviction and sentence are **AFFIRMED**. Saucedo–Gonzalez's motion for appointment of new counsel is **DENIED** as moot.